Eastern District of Michigan
At Flint

3

John Lassiter

v.                                                      Case No. 13-cr-20476

United States of America


Motion for Compassionate Release 3582 (c)(1)(A)(i)


Defendant, John Lassiter would like to move this court to consider "Emergency" Compassionate Release because of the outbreak of COVID-19 that has been ravaging FCI Elkton where Lassiter is being housed. As of April 22, 2020, there have been 6 confirmed deaths, as well as 59 inmates and 46 staff members that have tested positive. It wouldn't be a stretch to consider FCI Elkton an emerging "hot spot". That environment is not only extraordinary and compelling for Lassiter, but for every other inmate and staff member that has to be there. The Centers for Disease Control and Prevention has specifically stated, hypertension, along with multiple other underlying conditions poses a vunerability that could lead to death if COVID-19 is contracted. Mr. Lassiter suffers from high blood pressure and has a bad kidney that requires medication. Considering those conditions as well as his age, it is a high likelihood that if he contracted COVID-19, he may not recover. That rationale is extraordinary and compelling for Lassiter. time is of the essence. The longer that he remains at FCI Elkton, the greater his chances are for contracting a death sentence.

Mr. Lassiter acknowledges that he has not exhausted all of his BoP remedies. In United States v. Brannan, (S.D. Tex Apr. 2, 2020) an emergency motion was granted on the same day of filing for a prisoner at FCI Oakdale who had not exhausted all of his BoP remedies. To the extent that other district courts have waived the exhaustion requirement, Lassiter prays that this court will do the same.

Accordingly, Defendant requests that the court grant this motion for compassionate release to allow him to be released from FCI Elkton before it's to late.

Executed on 22nd day of Apr 2020                  Respectfully submitted

                                                  John Lassiter

Certificate Of Service

I hereby certify that a true and correct copy of the foregoing instrument was mailed with first class postage, prepaid affixed thereto, and was addressed correctly to the parties listed below via the FCI-Elkton legal mail system on the 22 day of Apr 2020.

Clerk of the Court

Federal Building

600 Church Street 1st floor

Flint, MI 48502

I certify that the foregoing is true and correct under penalty of perjury Pursuant to 28 USC 1746

Executed on the 22nd day of Apr 2020

Respectfully Submitted

John Sasanta

NAME: John Lassiter
REG.# 48433-039
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

RECEIVED
MAY 04 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN

48502-120059

CLEVELAND OH 440
23 APR 2020 PM 8 L

4-23-20

Federal Building
600 Church Street 1st floor
Flint MI 48502

RECEIVED
MAY 13 2020
CLERK'S OFFICE
U.S. DISTRICT COURT