USAO-EDMI '20 JUN 26 PM 12:41

| | |
|---|---|
| From: | ^!"LASSITER, ^!JOHN DEMPSEY" <48432039@inmatemessage.com> |
| To: | |
| Date: | 6/10/2020 5:19 PM |
| Subject: | ***Request to Staff*** LASSITER, JOHN, Reg# 48432039, ELK-F-A |

To: Mrs. Dysert ( Trust Fund )
Inmate Work Assignment: Unit Oderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
fd58d233-cfc1-4c71-958b-97ed9fcecc2c
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


I would Like a copy of the following Message marked for print .
Motion to Authorize Payment
dated 6-10-20
Thank You

TRULINCS 48432039 - LASSITER, JOHN DEMPSEY - Unit: ELK-F-A

---

FROM: 48432039 LASSITER, JOHN DEMPSEY
TO:
SUBJECT: MOTION TO AUTHORIZE PAYMENT :
DATE: 06/10/2020 05:14 PM

UNITED STATES DISTRICT COURT , FOR THE EASTERN DISTRICT OF MICHIGAN , SOUTHERN DIVISION

UNITED STATES OF AMERICA
   ( Plaintiff )
VS.
JOHN D. LASSITER
   ( Defendant )

Case No :13-20476
Hon. Mark A. Goldsmith

## MOTION TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT

   On June 3, 2020 , the Government filed a motion to seek payment from Defendants trust fund account in satisfaction of restitution owed .
The Defendant disagree's with taking his whole account and is willing to authorize payment of $1,000 dollars leaving Him with what's left to live off of . Yes the Defendant did get a lump sum payment but as You can see Defendant only kept a small portion for Himself to ease the Financial burden on His Family .
The majority was relinquished to help support his 2 children . The Defendant only makes $35.00 a month from His Prison job and with that He must manage Phone Calls , E-mails, and Personal Hygiene Items .
The Defendant is already in contract with the B.O.P. to pay restitution every 3 months which He's had no problems with .
The Defendant is willing to pay more a month if need be , but does not want to relinquish over all his monies , because he still has 5 more years to do .
If the Government comes up with a fair financial contract the Defendant is more than willing to sign it .
Until then The Defendant contest to the removal of any funds from his B.O.P. trust fund account except what He is already in contract with the B.O.P. For .

Respectfully ,

_John D. Lassiter_ (signature)

Date: 6-22 ,2020

### CERTIFICATE OF SERVICE

   The Following certifies that the foregoing document was placed in the Legal Mail at F.C.I Elkton ,and mailed fist class to the address below :
Clerk of Courts Office , 231 W. Lafayette Blvd
Detroit , MI 48226

John D. Lassiter
( Defendant )

_John D. Lassiter_ (signature)

```
   ELKC0          *       INMATE FINANCIAL RESPONSIBILITY      *    06-22-2020
PAGE 002 OF 002 *           DISPLAY INMATE FINANCIAL DATA      *    14:36:02

REGNO: 48432-039   NAME: LASSITER, JOHN DEMPSEY
FRP ASGN: PART         DATE OF MOST RECENT PAYMENT: 06-12-2020

------------------------MOST RECENT PLAN INFORMATION--------------------------
NUMBER: 5              DATE ADDED: 02-18-2020  BY:  ELK
STATUS: ACTIVE

---------------------------MOST RECENT PAYMENT PLAN---------------------------

INMATE DECISION: AGREED       25.00         QUARTERLY      TRUST FUND
ANTICIPATED START: 03-2020     ACTUAL START: 03-2020

FOR THE FOLLOWING OBLIGATIONS:
         2
-------------------------ALL FINANCIAL OBLIGATIONS----------------------------

  OBLIGATION      AMOUNT IMPOSED         BALANCE     PAYABLE      STATUS
NBR    TYPE

    1 ASSMT              200.00             0.00   IMMEDIATE    COMPLETEDZ
    2 REST FV         398200.00        397884.82   IMMEDIATE    AGREED




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
  ELKC0            *       INMATE FINANCIAL RESPONSIBILITY      *    06-22-2020
PAGE 001    ·   * '        DISPLAY INMATE FINANCIAL DATA        *    14:36:02

REGNO: 48432-039                                                   FUNC: PRT

NAME.: LASSITER, JOHN DEMPSEY




G0002      MORE PAGES TO FOLLOW . . .
```