**GOVERNMENT EXHIBIT A**

DATE April 9, 2020

PAY TO THE ORDER OF: John D. Lassiter     $5,849.52

Five thousand eight hundred forty-nine & 52/100 DOLLARS

CHASE — JPMorgan Chase Bank, N.A. — www.Chase.com

MEMO: Inheritance        Lisa L. Reeves

6099

---

NAME: John Lassiter (FA)
REG.#: 48432-039
Federal Correctional Institution Elkton
P. O. BOX 10
Lisbon, OH 44432

**CERTIFIED MAIL**

7019 1120 0000 9945 7867

CLEVELAND OH
15 APR 20
UNITED STATES POSTAGE
$004.05
APR 15 2020
0001126897

John Lassiter
P.O. Box 474701
Des Moines, IA 50947
48432-039

U.S. POSTAGE PAID
FCM LETTER
LISBON, OH 44432
APR 15, 20
AMOUNT $0.00
R2305M145065-03

50947